UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Drebbel de Mexico, S.A. De C.V. | * | CIVIL ACTION NO.: 2:22-cv-02977 |
| Plaintiff, | * | |
| | * | SECTION: "H" |
| VERSUS | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| Hornbeck Offshore Services De Mexico, S. De R.L. De C. V. | * | |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the above and foregoing Motion;

**IT IS ORDERED THAT** the Motion is **GRANTED** and that the Letter Rogatory is hereby **ISSUED**.

New Orleans, Louisiana, this 12th day of October, 2022.

_____
The Honorable United States District Judge
Jane Triche Milazzo

4073245v.1